UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                                                          Case No.  2:23-mj-363

**Brinson Caleb Silver**

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 8/24/2023 At 11:00 AM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Peter Glenn-Applegate |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Phillip Templeton |
| INTERPRETER: |  | Pretrial/Probation | Jennifer Chadwick Daniela Escamilla H |

Hearing on Motion for Reconsideration Bond Conditions (in particular the bond amount)

-Conditions set forth in the June 23, 2023 Order Setting Conditions of Release to remain in effect