IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

Vs.

Brinson Silver,

    Defendant.

Case No.: 2:23-mj-363

Judge Marbley

## SUPPLEMENT TO DEFENDANT'S APPEAL OF MAGISTRRATE JUDGE'S DENIAL OF MODIFICATION OF DETENTION CONDITIONS

Now comes undersigned Counsel, Phillip A. Templeton, on behalf of Brinson Silver, and hereby respectfully submits this Supplement to his Appeal of Magistrate Judge's Denial of Modification of Detention Conditions, filed on August 31, 2023.

Respectfully submitted,

/s/PHILLIP A. TEMPLETON
PHILLIP A. TEMPLETON   #0059741
Attorney at Law
720 South High Street
Columbus, OH 43206
Telephone: 740-404-2544
Email: PTempleton57@gmail.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for Plaintiff
Peter Glen-Applegate
Asst US Attorney
303 Marconi Blvd, 2nd Floor
Columbus, OH 43215

Respectfully submitted,

/s/PHILLIP A. TEMPLETON
PHILLIP A. TEMPLETON   #0059741
Attorney at Law
720 South High Street
Columbus, OH 43206
Telephone: 740-404-2544
Email:  PTempleton57@gmail.com
Counsel for Defendant

Dear Judge Marbley,

I am writing this letter introduce myself, share what I have been doing while in jail, request to be released and share what my plan would be if released on bond. I hope this letter can provide more context of the person to a name.

I am a father that had a successful +22 year career in marketing. I worked for Procter & Gamble, Clorox and Mars. Afterwards I continued to consult and work for publicly traded and startup companies.

Most of my corporate career I launched initiatives, programs and companies focused on products that helped inner city/underserved communities. I grew up in the inner city of Atlanta. My dad killed my mom at the age of 10, so I became a ward of the state. I always wanted to be a positive force and give back to the communities that I came from.

I had never been arrested or charged for any reason in my life. I graduated with an Undergraduate degree, MBA and several Executive degrees. I also did motivational speaking and outreach programs focused on helping inner city youth. I eventually launched startups that brought jobs back to the inner city and South Central Los Angeles.

I decided to go back into the corporate world after being admitted to the hospital three times in 2020 due to covid. I was placed into medically induced comas, breathing through intibaters. I had undiagnosed medical issues. I needed several surgeries to recover.

After being laid off in November 2022 by Root I decided to travel out of the country to Dubai. While out of the country I was notified I had been charged in a civil case. My counsel informed me that I may face criminal charges depending on the outcome of the civil case finding and/or

If the Department of Justice felt I had done something wrong. Beyond civil counsel I hired criminal counsel. I decided to fly back to the US immediately to defend my case and then be back my family. I am American. I have always loved travel but I have always planned on raising my three daughters in California.

Within the first month back in the country I have had two different firms represent me on the civil case. I flew back to US with an arrest warrant already issued. The US Marshalls met me as soon as I landed in Columbus for court. They handcuffed me and took me to court. After my initial court date they released me. I flew to Los Angeles to be back with my family. I was given 30 days to find new civil counsel. I was advised by my legal counsel not to communicate on behalf of the companies I own or their assets until I found new counsel for those entities.

the court we disclosed all assets and shared information with the Recievers, but a new arrest warrant had been issued on the criminal side. I still flew back to Columbus for court. I have never wanted to avoid the case or run.

I have surrendered passports, all assets and banking accounts to the Recievers. I have no way to pay the million dollar bond.

No matter what decisions are decided for me, I still plan on being a positive influence in the world and to my children.

If released, I will fly back home to be with my family during the trials. Additionally, I will follow all bond requirements, support any request from the Reciever and hire civil council while being on house arrest.

I will fly back to court when requested or if I have an arrest warrant issued like I did the last two times.

I speak to my family almost everyday, but I have not seen then in almost 80 days, because they do not live in Ohio, and Butler County does not have video visits.

Thank you for reviewing this letter and for any consideration

Sincerely,